UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JIMMIE DAVIS

          Plaintiff,        CV-N-99-00137-ECR   (FHA)

v.

STATE OF NEVADA                   O R D E R
JOHN V. IGNACIO
          Defendant.       [Preliminary Order: Exempt Cases]

      The Clerk shall file the following order in all cases assigned to the Honorable Edward C. Reed, Jr., Senior United States District Judge, which are exempt pursuant to Local Rule 26-9 of this Court. In addition to the categories of cases designated as exempt under Local Rule 26-9, in matters assigned to Judge Reed, cases in which **all plaintiffs** and/or **all defendants** appear **pro se** shall be exempt. See Local Rule 26-9(s).

      This order shall be filed as soon as practicable after the complaint is filed in all exempt cases filed on or after June 1, 1995.

1

**IT IS HEREBY ORDERED that:**

Counsel for plaintiff(s) or petitioner(s) shall serve any defendant(s) or respondent(s) with a copy of this Order within **twenty (20) days** from the date this Order is filed or at the time of the service of process.

In those actions subject to Local Rule 16-1(b) (i.e. actions on behalf of prisoners pursuant to 42 U.S.C. § 1983 or under the principles of <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971) and forfeiture and condemnation actions) and any action in which all plaintiffs and/or all defendants appear pro se, the Court will issue a scheduling order as soon as is practicable after the first defendant answers or otherwise appears or 120 days after the complaint is filed, whichever first occurs. In all such cases, therefore, the scheduling order shall be filed no later than 120 days after the complaint was filed, regardless of when or whether any defendant has made an appearance in the case.

All other exempt cases, [i.e. those cases listed at Local Rule 16-1(c)] shall be governed by the entry of an order setting forth a briefing schedule or such other orders governing the further proceedings in the case as may be appropriate.

THE DATE OF THE CLERK'S FILE MARK SHALL CONSTITUTE THE DATE OF THIS ORDER.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE