# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## DISTRICT OF NEVADA

**LANCE S. WILSON**
**CLERK OF COURT**

**LINDA LEA SHARER**
Chief Deputy, Reno

BRUCE R. THOMPSON
U.S. COURTHOUSE &
FEDERAL BUILDING
ROOM 301
400 S. VIRGINIA STREET
RENO, NV 89501

March 18, 1999

Jimmie Davis, In Pro Per
**Inmate #27362**
Nevada State Prison
P.O. Box 607
Carson City, NV 89702



Dear Mr. Davis,

Please be advised that the papers you recently sent to the federal court have been received. Your case against defendant **STATE OF NEVADA** has been assigned case number **CV-N-99-137-ECR(PHA)**. It is necessary for you to include this case number on all future papers sent to the court in this case. Any correspondence with the court regarding this case should be mailed to the Clerk's Office and not mailed directly to the assigned judge.

Your case has been submitted for review and action by a judicial officer. Due to this court's extremely heavy case load, this review process may take several weeks. You will be notified as soon as further action has been taken and receive a copy of all orders filed in this case.

Sincerely,

LANCE S. WILSON, CLERK OF COURT

3.