IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

JIMMIE DAVIS

    Petitioner

vs

THE STATE OF NEVADA
JOHN IGNACIO, WARDEN et al.,
    Respondents.

CASE NO. CV-N-99-137-ECR(PHA)

MOTION TO DISMISS GROUND IIII ARGUMENT AS MOOT

## MOTION TO DISMISS GROUND FOUR ARGUMENT AS MOOT

Comes now petitioner Jimmie Davis in proper person submits a motion to dismiss Ground Four argument as Moot.

After futher pro research had been done petitioner has come to the conclusion that Argument IIII filed in the writ of habeas corpus is not properly before the court, even though it has been presented to the state courts and to the states highest court said argument was not addressed so petitioner now submits this motion to dismiss Ground four as moot in case no. CV-N-99-137-ECR(pha).

DATED THIS 15 DAY OF APRIL 1999.

RESPECTFULLY SUBMITTED,

*Jimmie Davis 27362*

JIMMIE DAVIS 27362
PO BOX 607
CARSON CITY NEVADA
    89702

CERTIFICATE OF MAILING

JIMMIE DAVIS SAYS:

On the 15 day of APRIL 1999, I deposited in the Nevada State Prison mail an original and copy to the below Listed addresses; MOTION TO DISMISS GROUND FOUR AS MOOT.

CLERK OF

US DISTRICT COURT DISTRICT OF NEVADA
SUITE #301
400 SOUTH VIRGINIA STREET
RENO NEVADA 89501

ATTORNEY GENERAL ESQ
100 NORTH CARSON STREET
CARSON CITY NEVADA
          89701

JIMMIE DAVIS 27362
JIMMIE DAVIS   27362
PO BOX 607
CARSON CITY NEVADA
          89702