

FILED
99 MAY 11 PM 2:03
LANCE S. WILSON
CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JIMMIE DAVIS

    PETITIONER,

VS

THE STATE OF NEVADA
JOHN IGNACIO ET Al.,

    RESPONDENTS.

CASE NO. CV-N-99-137-ECR(PHA)

STATEMENT OF NO ADDITIONAL CLAIMS

## STATEMENT OF NO ADDITIONAL CLAIMS

Pursuant to the order filed 5-3-99 ENTERED and served 5-6-99 and recieved by petitioner on 5-7-99. Petitioner now submits a statement of no additional claims prepared on 5-7-99 WITHIN THE ALLOTED TIME OF "20" days which states in part; "DAVIS shall have 20 days from the date this order is entered in which to inform the court of any and all additional claims " If Davis thourghly considers the matter and concludes that no additional claims for habeas corpus relief exist he shall still file a writted statement that no additional such claims exist."

    and now pursuant to the order and above petitioner now submits this statement of no additional claims letting the court know that no such claims exist.

                                  RESPECTFULLY SUBMITTED,

                                  Jimmie Davis 27362
                                  MR JIMMIE DAVIS 27362
                                  P.O.BOX 607
                                  CARSON CITY NEVADA
                                             89702

10

CERTIFICATE OF MAILING

JIMMIE DAVIS SAYS:

On the __7__ day of __MAY__ 1999, I deposited in the NEVADA STATE PRISON MAIL one original and copys to the below listed addresses; __STATEMENT OF NO ADDITIONAL CLAIMS__.

CLERK OF
US DISTRICT COURT DISTRICT OF NEVADA
SUITE #301
400 SOUTH VIRGINIA STREET
RENO NEVADA 89501

ATTORNEY GENERAL ESQ
100 NORTH CARSON STREET
CARSON CITY NEVADA
       89701

__JIMMIE DAVIS 27362__

JIMMIE DAVIS 27362
P.O. BOX 607
CARSON CITY NEVADA
       89702