1  FRANKIE SUE DEL PAPA
   Attorney General
2  By: RENE L. HULSE
   Deputy Attorney General
3  Criminal Justice Division
   Nevada Bar Number 3778
4  555 East Washington Ave., #3900
   Las Vegas, Nevada 89101
5  (702) 486-3420
   Attorneys for Respondents
6
7
8              UNITED STATES DISTRICT COURT
9                 DISTRICT OF NEVADA
10                       * * *
11 JIMMIE DAVIS,                  )   Case No. CV-N-99-137-ECR (PHA)
                                  )
12             Petitioner,        )
                                  )
13       v.                       )
                                  )
14 JOHN IGNACIO, et al.,          )
                                  )   MOTION FOR ENLARGEMENT OF TIME
15             Respondents.       )   (First Request)
                                  )
16

17       Respondents, through legal counsel FRANKIE SUE DEL PAPA, Attorney General, by Rene L.

18 Hulse, Deputy Attorney General, move this court for a forty-five (45) day enlargement of time, up to

19 and including July 12, 1999, within which to answer or otherwise respond to Petitioner JIMMIE

20 DAVIS' (DAVIS) Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 by a Person in State

21 Custody, currently due to be filed May 27, 1999.

22       This Motion is made pursuant to Fed. R. Civ. P. 6(b), and Rules 6-1, and 6-2, of the Local Rules

23 of Practice, and is based upon the following points and authorities and attached affidavit of counsel.

24       This is the first enlargement of time sought by Respondents in this matter. This Motion is

25 brought in good faith, not for the purposes of delay, and made because of the affirmative duty imposed

*[Stamped across document: "Stricken Prior to Service"]*

*[Stamp bottom left: "No original enclosed"]*

*[Stamp bottom right: "STRICKEN AND RETURNED (#11) PER ORDER (#12)"]*

-1-