UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JIMMIE DAVIS,

        Petitioner,

vs.

JOHN IGNACIO, *et al.*,

        Respondents./

Case No. CV-N-99-137-ECR(PHA)

**MINUTES OF THE COURT**

DATE: June 3, 1999

**PRESENT:**
**THE HONORABLE:** PHYLLIS HALSEY ATKINS **UNITED STATES MAGISTRATE JUDGE**

**DEPUTY CLERK:** GRETCHEN A. RAMOS  **REPORTER:** NONE APPEARING

**COUNSEL FOR PETITIONER:** NONE APPEARING

**COUNSEL FOR RESPONDENTS:** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:** XXX

    Respondents have filed a Motion for Enlargement of Time (#11), which fails to contain an original signature. Pursuant to Fed.R.Civ.P. 11(a), every motion filed with the court must contain an original signature. The Clerk shall therefore strike the motion and return it to the Respondents.

    It is so **ORDERED**.

LANCE S. WILSON, CLERK

By: /s/ Gretchen A. Ramos
        Deputy Clerk

12