UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JIMMY DAVIS
    petitioner,

CASE NO. CV-N-99-137-ECR (PHA)

V.

JOHN IGNACIO WARDEN, ET AL.
    Respondents.

OPPOSITION TO RESPONDENTS MOTION FOR ENLARGEMENT OF TIME

    Comes now petitioner in proper person respectfully submits an opposes and objects to the respondents motion for enlargement of time filed on or about 5-26-99 and recieved by petitIONER on 6-1-99 "See attached copy of receiving date page __3__".

    Respondents request the court to grant an extention of time to answer petitioners WRIT OF HABEAS CORPUS RECEIVED BY THE US DISTRICT COURT DISTRICT OF NEVADA 3-17-99. This extention seeks to go up through and including 7-12-99. "IN SUM 45 days".

    The honorable court ordered a responce for and due 20 days after statement of no additional claims had been filed which fell on 5-27-99. But respondents did not file on the 7,8,or 9 day but filed on the last day to respond. this can not be construed as a good faith effort when it is a well known common practice of and to delay, To file a motion for extention of time on the last day in virtualy every case.

    Each claim presented has been addressed by the states higest court. These orders were attached to the writ of habeas corpus so the respondents contentions of having to check for exhaustion is without merit.

1

13

1  Petitioner respectfully request that respondents
2  motion for enlargement of time be dismissed and or respondents
3  be ordered to respondend in 20 days to petitoners writ of
4  habeas corpus.
5  Though the tactics used to thwart justice be minuet,
6  are they not and still unjust.

Respectfully submitted

*Jimmie Davis 27362*
JIMMIE DAVIS 27362
PO BOX 607
CARSON CITY NEVADA
                89702

Ilulsc   1030
STATE OF NEVADA
**OFFICE OF THE ATTORNEY GENERAL**
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada  89101

Return Service Requested

LAS VEGAS NV 890 05/27/99

3036A

JIMMIE DAVIS, NDOP #27362
NEVADA STATE PRISON
P.O. BOX 607
CARSON CITY, NEVADA  89702

AUTO 89702

JUN 01 1999

CERTIFICATE OF MAILING

JIMMIE DAVIS SAYS:

On the 2 day of JUNE 1999, I deposited in the nevada state prison mail one original an copys to the below listed addresses; ONE MOTION OPPOSITION TO STATES MOTION FOR AN ENLARGEMENT OF TIME.

CLERK OF U.S. DISTRICT COURT
DISTRICT OF NEVADA
400 SOUTH VIRGINIA ST. ROOM 301
RENO NEVADA 89501

HULSE
1030
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
555 E. Washington Avenue, Suite 3900
LAS VEGAS NEVADA 89101

Jimmie Davis 27362
JIMMIE DAVIS 27362
P.O. BOX 607
CARSON CITY NEVADA
89702

4