## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JIMMIE DAVIS,

            Petitioner,         Case No. CV-N-99-137-ECR(PHA)

vs.                                **MINUTES OF THE COURT**

JOHN IGNACIO, *et al.*,        **DATE:** June 16, 1999

            Respondents./

**PRESENT:**
**THE HONORABLE:** PHYLLIS HALSEY ATKINS **UNITED STATES MAGISTRATE JUDGE**

**DEPUTY CLERK:** GRETCHEN A. RAMOS  **REPORTER:** NONE APPEARING

**COUNSEL FOR PETITIONER:** NONE APPEARING

**COUNSEL FOR RESPONDENTS:** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:** XXX

    Petitioner has filed a motion to voluntarily dismiss ground four of his federal habeas petition (#7), which will be granted.

    Previously the Court ordered Respondents to respond to Davis's petition twenty days after he filed his statement of additional claims (#8). On May 11, 1999 Davis filed his Statement of Additional Claims (#10). Thus, respondents' response was due on June 1, 1999. To date Respondents have neglected to respond to Davis's petition.

    It is therefore **ORDERED** that Davis's Motion to Voluntarily Dismiss Ground Four of his habeas petition (#7) is <u>granted</u>.

    It is further **ORDERED** that Respondents shall have until June 28, 1999 to file a response to Davis's Petition for Writ of Habeas Corpus.

                                                  LANCE S. WILSON, CLERK

                                                  By: /s/
                                                      **Deputy Clerk**