FILED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JIMMIE DAVIS,

               Petitioner,               Case No. CV-N-99-137-ECR(PHA)

vs.                                     **MINUTES OF THE COURT**

JOHN IGNACIO, *et al.*,            **DATE:** June 18, 1999

               Respondents./

**PRESENT:**
**THE HONORABLE:** PHYLLIS HALSEY ATKINS **UNITED STATES MAGISTRATE JUDGE**

**DEPUTY CLERK:** GRETCHEN A. RAMOS  **REPORTER:** NONE APPEARING

**COUNSEL FOR PETITIONER:** NONE APPEARING

**COUNSEL FOR RESPONDENTS:** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:** XXX

    Respondents have filed a Motion to File a Late Pleading (#15), which is **granted**. The Clerk shall file the attached Motion to Dismiss and exhibits. Petitioner shall file a response to Respondents' motion on or before July 19, 1999.

    It is so **ORDERED**.

                                                LANCE S. WILSON, CLERK

                                           By: *Gretch A. Ramos*
                                                  **Deputy Clerk**

16