CRIMINAL COURT MINUTES

88-C-085078-C   STATE OF NEVADA                    vs Davis, Jimmie

CONTINUED FROM PAGE: 004

09/27/95   09:00 AM   00   ALL PENDING MOTIONS 9/27/95

HEARD BY: GERARD J. BONGIOVANNI, Judge; Dept. 4

OFFICERS: JOSEPHINE BOHN, Court Clerk
          RENEE SILVAGGIO, Reporter/Recorder

PARTIES:              STATE OF NEVADA                           Y
          003814      Holthus, Mary Kay                         Y

          001 D1      Davis, Jimmie                             N
          003892      Rappard, Andres R.                        Y

DEFENDANT'S PRO PER PETITION FOR WRIT OF HABEAS CORPUS...DEFENDANT'S PRO PER MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS...DEFENDANT'S PRO PER MOTION FOR APPOINTMENT OF COUNSEL

COURT ORDERED, Motion for Leave to Proceed in Forma Pauperis GRANTED; Motion for Appointment of Counsel GRANTED. Andres Rappard appointed as counsel of record. Briefing schedule set and, FURTHER ORDERED, Petition for Writ of Habeas Corpus SET FOR ARGUMENT.

NDP

11/15/95 9:00 AM ARGUMENT: DEFENDANT'S PETITION FOR WRIT OF HABEAS CORPUS

---

11/15/95   09:00 AM   00   ARGUMENT: DEFT'S PETITION ON FOR WRIT
                           OF HABEAS CORPUS

HEARD BY: GERARD J. BONGIOVANNI, Judge; Dept. 4

OFFICERS: JOSEPHINE BOHN, Court Clerk
          RENEE SILVAGGIO, Reporter/Recorder

PARTIES:              STATE OF NEVADA                           Y
          005657      Hall, Vaun B.                             Y

Mr. Hall stated that Mr. Rappard has requested a continuance to review the State's opposition. COURT ORDERED, CONTINUED.

NDP

CONTINUED TO:   11/22/95   09:00 AM   01

CRIMINAL COURT MINUTES

88-C-085078-C   STATE OF NEVADA                    vs Davis, Jimmie
CONTINUED FROM PAGE: 005

11/22/95   09:00 AM   01   ARGUMENT: DEFT'S PETITION ON FOR WRIT
                           OF HABEAS CORPUS

HEARD BY: GERARD J. BONGIOVANNI, Judge; Dept. 4

OFFICERS: JOSEPHINE BOHN, Court Clerk
          RENEE SILVAGGIO, Reporter/Recorder

PARTIES:              STATE OF NEVADA                              Y
             005657   Hall, Vaun B.                                Y

             001 D1   Davis, Jimmie                                N
             003892   Rappard, Andres R.                           Y

Mr. Rappard submitted on the briefs. Court stated this may necessitate a
hearing. Mr. Hall argued that at hearing is not needed. COURT ORDERED,
matter SET FOR EVIDENTIARY HEARING.

NDP

1/24/96 10:00 AM EVIDENTIARY HEARING

---

01/24/96   10:00 AM   00   EVIDENTIARY HEARING

HEARD BY: GERARD J. BONGIOVANNI, Judge; Dept. 4

OFFICERS: JOSEPHINE BOHN, Court Clerk
          RENEE SILVAGGIO, Reporter/Recorder

PARTIES:              STATE OF NEVADA                              Y
             002781   Roger, David J.                              Y

             001 D1   Davis, Jimmie                                Y
             003892   Rappard, Andres R.                           Y

Mr. Rappard stated a Petition for Post-Conviction release was filed and this
hearing was to be heard on one point only, that being if he was advised of
his right to appeal when he entered his plea. He stated he spoke to the
D.A. and they don't feel a hearing is necessary. Court heard arguments by
counsel and, ORDERED, matter taken UNDER ADVISEMENT.

NDP

CRIMINAL COURT MINUTES

| 88-C-085078-C | STATE OF NEVADA | vs Davis, Jimmie |
|---|---|---|

CONTINUED FROM PAGE: 006

07/08/96   09:00 AM   00   DEFT'S MOTION FOR EXTRAORDINARY FEES

HEARD BY: NORMAN C. ROBISON, Visiting Judge; Dept. VJ17

OFFICERS: JOSEPHINE BOHN, Court Clerk
          RENEE SILVAGGIO, Reporter/Recorder

PARTIES:              STATE OF NEVADA                           Y
          003814  Holthus, Mary Kay                             Y

Prior to Court Mr. Rappard requested a continuance and, COURT SO ORDERED.

NDP

CONTINUED TO:   07/22/96   09:00 AM   01

---

07/22/96   09:00 AM   01   DEFT'S MOTION FOR EXTRAORDINARY FEES

HEARD BY: JAMES BRENNAN, Visiting Judge; Dept. VJ6

OFFICERS: JOSEPHINE BOHN, Court Clerk
          RENEE SILVAGGIO, Reporter/Recorder

PARTIES:              STATE OF NEVADA                           Y
          004703  Mueller, Craig                                Y

          001 D1  Davis, Jimmie                                 N
          003864  Ianuzi, II, Donn M.                           Y

Mr. Ianuzi, appearing for Mr. Rappard, requested a two-week continuance on his behalf. There being no opposition, COURT ORDERED, GRANTED.

NDP

CONTINUED TO:   08/05/96   09:00 AM   02

CRIMINAL COURT MINUTES

| 88-C-085078-C | STATE OF NEVADA | vs Davis, Jimmie |
|---|---|---|

CONTINUED FROM PAGE: 007

08/05/96  09:00 AM  02  DEFT'S MOTION FOR EXTRAORDINARY FEES

HEARD BY: James Brennan, Visiting Judge; Dept. VJ6

OFFICERS: JOSEPHINE BOHN, Court Clerk
RENEE SILVAGGIO, Reporter/Recorder

PARTIES:           STATE OF NEVADA                        Y
         004353    Pace, Barter G.                        Y

         001 D1    Davis, Jimmie                          N
         004796    Williams, Theodore P.                  Y

At request of counsel, COURT ORDERED, matter CONTINUED.

NDP

CONTINUED TO:   08/12/96  09:00 AM  03

---

08/12/96  09:00 AM  03  DEFT'S MOTION FOR EXTRAORDINARY FEES

HEARD BY: Carl J. Christensen, Visiting Judge

OFFICERS: JOSEPHINE BOHN, Court Clerk
RENEE SILVAGGIO, Reporter/Recorder

PARTIES:           STATE OF NEVADA                        Y
         004610    Gardner, Gerald J.                     Y

Mr. Gardner stated for the record there is no opposition to the motion.
COURT ORDERED, motion GRANTED; TOTAL FEES OF $1,804.21 AWARD TO MR.
RAPPARD.

NDP

CRIMINAL COURT MINUTES

88-C-085078-C   STATE OF NEVADA                vs Davis, Jimmie
                                                CONTINUED FROM PAGE: 008

      09/15/97  09:00 AM  00  ALL PENDING MOTIONS FOR 9/15/97

      HEARD BY: Donald M. Mosley, Judge; Dept. 14

      OFFICERS: JUDY NORMAN, Court Clerk
                MAUREEN SCHORN, Reporter/Recorder

      PARTIES:          STATE OF NEVADA                                Y
              005043  Laurent, Christopher J.                       Y

DEFT'S PRO PER MOTION FOR WITHDRAWAL OF ATTORNEY OF RECORD...DEFT'S PRO PER MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS...DEFT'S PRO PER MOTION TO CORRECT ILLEGAL SENTENCE

The Court stated the State had not had the opportunity to respond. COURT ORDERED, MOTION FOR WITHDRAWAL OF ATTORNEY OF RECORD IS GRANTED; MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS IS GRANTED FOR THE THIRD TIME; MOTION TO CORRECT ILLEGAL SENTENCE IS CONTINUED.

NDP

10/9/97 9:00 AM DEFT'S PRO PER MOTION TO CORRECT ILLEGAL SENTENCE

---

      10/09/97  09:00 AM  01  DEFT'S PRO PER MOTION TO CORRECT ILLEGAL
                                  SENTENCE

      HEARD BY: Don P. Chairez, Judge; Dept. 13

      OFFICERS: JUDY NORMAN, Court Clerk
                KRIS FLUKER, Reporter/Recorder

      PARTIES:          STATE OF NEVADA                                Y
              001538  Hehn, William A.                              Y

COURT ORDERED, MATTER CONTINUED FOR COUNSEL'S PRESENCE.

NDP

CONTINUED TO:   11/13/97  09:00 AM  02

CRIMINAL COURT MINUTES

88-C-085078-C   STATE OF NEVADA                vs Davis, Jimmie
                                               CONTINUED FROM PAGE: 009

   11/21/97   09:00 AM   03   DEFT'S PRO PER MOTION TO CORRECT ILLEGAL
                              SENTENCE

   HEARD BY: Donald M. Mosley, Judge; Dept. 14

   OFFICERS: JUDY NORMAN, Court Clerk
             MAUREEN SCHORN, Reporter/Recorder

   PARTIES:          STATE OF NEVADA                                  Y
             001538  Hehn, William A.                                 Y

The Court stated the sentence Defendant wishes to correct was given by Judge
White in 1988.  Defendant has already attempted to have this done by prior
motion, which was heard by Judge Bongiovani in 1995 and denied.  This motion
will not be re entertain again and, COURT ORDERED, OFF CALENDAR.

NDP