**ORIGINAL**



1  FRANKIE SUE DEL PAPA
   Attorney General
2  By: RENE L. HULSE
   Deputy Attorney General
3  Criminal Justice Division
   Nevada Bar Number 3778
4  555 E. Washington Ave. #3900
   Las Vegas, Nevada 89101
5  (702) 486-3107
   Attorneys for Respondents
6

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

9                         * * *

10

11 JIMMIE DAVIS,                    )
                                    )
12          Petitioner,              )   Case No. CV-N-99-137 ECR (PHA)
                                    )
13     v.                            )   **NOTICE OF REPRESENTATION OF**
                                    )   **RESPONDENTS**
14 JOHN IGNACIO, et al,             )
                                    )
15                                   )
16          Respondents.             )
                                    )
17

18     Attorney General FRANKIE SUE DEL PAPA notifies this Court that Deputy Attorney

19 General RENE L. HULSE has assumed the representation of Respondents in the above-entitled

20 action. Therefore, it is respectfully requested that all future pleadings, papers, and other documents

21 be served on the following:

22
                          RENE L. HULSE
23                        Deputy Attorney General
                          Criminal Justice Division
24                        555 East Washington Avenue, #3900
                          Las Vegas, NV 89101
25

26
                                    -1-
27

28

18

ORIGINAL

DATED this 17th day of June, 1999.

                                   FRANKIE SUE DEL PAPA
                                   Attorney General

                                   By: *(signature)*
                                   RENE L. HULSE
                                   Deputy Attorney General

### **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Office of the Attorney General of the State of Nevada and that on the 17th day of June, 1999, I served the foregoing **NOTICE OF REPRESENTATION OF RESPONDENTS** by mailing a copy thereof addressed to:

JIMMIE DAVIS #27362
NEVADA STATE PRISON
P O BOX 607
CARSON CITY, NV 89702

                                   *(signature)*
                                   An Employee of the Nevada
                                   Attorney General's Office