FILED
23 1999
Bm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

JIMMIE DAVIS
    Petitioner,

v.

JOHN Ignacio et al.,
    RESPONDENTS.

CASE NO. CV-N-99-137-ECR(PHA)
MOTION TO DISMISS GROUND I (ONE)

MOTION TO DISMISS GROUND I(ONE)

COMES NOW PETITIONER JIMMMIE DAVIS in proper person submits a motion to dismiss GROUND I (ONE). THIS MOTION IS MADE AND BASED UPON THE AFFIDAVIT ATTACHED HERE WITH MOTION.

DATED THIS __21__ DAY OF __JUNE__ 1999.

RESPECTFULLY SUBMITTED,

JIMMIE DAVIS 27362
JIMMIE DAVIS 27362
PO BOX 607
CARSON CITY NEVADA
    89702

13

20

| | |
|---|---|
| 1 | AFFIDAVIT |
| 2 | STATE OF NEVADA |
| 3 | COUNTY OF CARSON |

4  I jimmie davis, duly sworn under oath depose and state as
5  follows;
6   1 I jimmie Davis hereby voluntarly, knowingly and intelligently
7  motion the court to dismiss ground 1 contained in my petition
8  for habeas corpus.
9   2 The aforementioned ground I states; 6th amendment right
10 to effective assistance of counsel, substance of the claim being
11 the right to direct appeal.

13 DATED THIS 21 DAY OF JUNE 1999.

15                          JIMMIE DAVIS 27362
16                          PO BOX 607
17                          CARSON CITY NEVADA
                            89702

19 SUBSCRIBED AND SWORN TO BEFORE ME
20 THIS 21ST DAY OF JUNE, 1999.

21 _____
   NOTARY PUBLIC IN AND FOR

WILLIAM T. CURRY
NOTARY PUBLIC - NEVADA
Appt. Recorded in CARSON CITY
No. 97-3948-3  My Appt. Exp. Aug. 12, 2001

-14-

# CERTIFICATE OF MAILING

JIMMIE DAVIS SAYS:

On the 21 day of JUNE 1999, I deposited in the NEVADA STATE PRISON MAIL ONE ORIGINAL AND COPYS TO THE BELOW LISTED ADDRESSES: MOTION TO DISMISS GROUND I (ONE)

CLERK U.S. DISTRICT COURT
DISTRICT OF NEVADA
400 South Virginia St. Room 301
RENO NEVADA  89501

1030
State of Nevada
OFFICE OF THE ATTORNEY GENERAL
555 E. Washington Avenue, Suite 3900
LAS VEGAS NEVADA 89101

JIMMIE DAVIS 27362
JIMMIE DAVIS 27362
NEVADA STATE PRISON
PO BOX 607
carson city nevada
    89702

-15-