FILED
JUN 23 1999

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JIMMIE DAVIS
    Petitioner,

v.

JOHN IGNACIO, et al.,
    Respondents

Case No.CV-N-99-137-ECR(PHA)

MOTION FOR EVIDENTIARY HEARING

Comes no petitioner in proper person now respectfully submits a motion for evidentiary hearing on petitioners re- mainitgg two claims Ground 2 Groun 3. This motion is made and baded on the points and authorities submitted herewith motion. Petitioner has diligently sought for 11 years to justice filing numrous motions and issues returning to the state court on his own accored three times to exhaust all issues to elemnate the problem of clogging up the honarable federal court with frivolous issues which cost the court time and money Petitioner now submits two grounds for relief which are upheld and unrepelled by the record. Petitioner now submits a motion for an an evidentiary hearing to be allowed to show that a true un- justice has occured.

### POINTS AND AUTHORITIES

CREECH V. ARAVE 947F2d 873 (9th cir 1991)stated this circuit required remand for an evidentiary hearing due to the uncertainty whetherthe defendant had been apprised of the intent element of the crime to which he pleaded guilty. U.S. V. Bigman 906F2d 392(9th cir 1990)5, Criminal law 997.16(5) Evidentiary hearing was so apprised because the record does not conclucively establish that Bigman was so apprised of voluntary and

-1-

21

involuntary manslaughter we must vacate the district court summary denial of Bigmans claim and remand for evidentiary hearing hearing . Sober 644 F2d at 810, Shah v. U.S. 878F.2d 1158 (9th cir (9th cir) (6) In the future the court would be well advised to establish on record that the defendant understands the intent element of the crime to which a plea of guilty is entered See eg., Williams v Raines 783F2d 774, 775-76 (9th cir 1986).

    For a proper plea colloquy in Nevada see Walker v. DEEDS 50F3d 670 (9th cir 1995) Do you understand the nature of the charge contained in the amended information"
10 lines later; the court asks the defence counsel did you advise the defendant of the elements of the crime with which he is charged in the amended information the burden of proof required by the state in prosecuting the matter and the defence if any that may be avaible to him?

    FOR THE REASONS SET FORTH AND ABOVE PETITIONER ASKS THE HONORABLE COURT GRANT PETITIONER AN EVIDENTIARY HEARING AND ANY OTHER RELIEF IT DEEMS NECESSARY.

RESPECTFULLY SUBMITTED,

*JIMMIE DAVIS 27362*
JIMMIE DAVIS 27362
PO BOX 607
CARSON CITY NEVADA
               89702

CERTIFICATE OF MAILING

JIMMIE DAVIS SAYS:

On the  21  day of  JUNE  1999, I deposited in the NEVADA STATE PRISON MAIL ONE ORIGINAL AND COPYS TO THE BELOW LISTED ADDRESSES: MOTION FOR EVIDENTIARY HEARING

CLERK U.S. DISTRICT COURT
  DISTRICT OF NEVADA
400 South Virginia st. Room 301
RENO NEVADA    89501

      1030
State of Nevada
OFFICE OF THE ATTORNEY GENERAL
555 E. Washington Avenue, Suite 3900
LAS VEGAS NEVADA 89101

JIMMIE DAVIS 27362
JIMMIE DAVIS 27362
NEVADA STATE PRISON
PO BOX 607
carson city nevada
                89702

-3-