UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED
99 AUG 10 PM 3:05
LANCE S. WILSON
BY [signature]

JIMMIE DAVIS
  Petitioner

v.

JOHN IGNACIO et al.,

CASE NO. CV-N-99-137-ECR (PHA)

MOTION CONCEDING TO THE
DISMISSAL OF GROUND 2 (b-d)

## MOTION CONCEDING TO THE DISMISSAL OF GROUND 2 (b-d)

Petitioner JIMMIE DAVIS IN PROPER PERSON Now submits a motion conceding to the dismissal of Ground 2 (b-d) pursuant to the Courts Memorandum Decision and order entered and Filed AUG. 2, 1999 and Served on 8-2-99. AND THE reasons set forth below.

Respondents requested that Grounds 1, 2(B), 2(C) and 2(D) be dismissed with prejudice in their response to Dismiss Petition For Writ of Habeas Corpus Pursuant to 28 U.S.C. 2254 By A Person In State Custody. Respondents in same motion withdrew their request to dismiss the instant Petition as a mixed petition, and requested Leave of the Court to respond to the two remaining grounds. The Court granted the respondent motion in its order dated July 30, 1999 and entered and served on 8-2-99. So for the For going reasons set below petitioner concedes to the dismissal of Ground 2 (b-d) and asks the court to issue an order giving respondents leave

1

24

OF THE COURT TO RESPOND to the two remaining grounds.

Petitioner concedes because:

1. The inmate who was assisting me went home and took all THE FILES THAT and OF THE INMATES cases he was working on HOME WITH HIM. DAVIS being one of the cases. THOUGH THIS IS NOT AN excuse and of no importance to the court petitioner must give his reason for a somewhat LAYMAN INterpretation of THE courts order. Petitioner only knows that he must file within 20 days conceeding to the dismissal of Ground 2 (B-d) if he can not overcome the applicable procedural bar to the claims stated in the courts order.

DATED this 6 day of AUG 1999.

Respectfully Submitted

JIMMIE DAVIS 27362
Jimmie Davis 27362
P.O. BOX 607
CARSON CITY NEVADA
89702

2

## CERTIFICATE OF MAILING

JIMMIE DAVIS SAYS:

On the 6 day of AUG 1999, I deposited in the Nevada STATE Prison MAIL one original and copys to THE Below listed ADDRESSES: Motion Conceeding to the Dismissal of Ground 2 (b-d).

CLERK U.S. DISTRICT COURT
DISTRICT OF NEVADA
400 SOUTH VIRGINIA ST. ROOM 301
RENO NEVADA 89501

1030

STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
555 E. WASHINGTON AVENUE, SUITE 3900
LAS VEGAS NEVADA 89101

Dated this 6 day of AUG 1999

*Jimmie Davis*

JIMMIE DAVIS 27362
NEVADA STATE PRISON
P.O. BOX 607
CARSON CITY NEVADA
89702

3