UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JIMMIE DAVIS,

        Petitioner,

vs.

STATE OF NEVADA, et al,

        Respondents.

CIVIL-N-99-137-ECR(VPC)
Formerly CV-N-99-137-ECR(PHA)

**MINUTES OF THE COURT**

DATED: November 1, 1999

PRESENT:
THE HONORABLE: HOWARD D. McKIBBEN  CHIEF U.S. DISTRICT JUDGE

DEPUTY CLERK: LINDA LEA SHARER   REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: XXX

    IT IS HEREBY ORDERED that the above-entitled action is reassigned to the Honorable Valerie P. Cooke, United States Magistrate Judge, for all further proceedings consistent with her jurisdiction. Hereafter, this action shall bear case number:

        CIVIL-N-99-137-ECR**(VPC)**.

    The Clerk of Court is directed to change the file and docket to reflect this reassignment.

LANCE S. WILSON, CLERK

By: *Linda Lea Sharer*
Linda Lea Sharer
Chief Deputy Clerk

28