```
FILED
99 NOV -8 PM 2:07
LANCE S. WILSON
   CLERK
BY JIMMIE DAVIS
   DEPUTY
```

UNITED STATES DIST COURT
DISTRICT OF NEVADA

JIMMIE DAVIS,

    Petitioner,

VS

JOHN IGNACIO et al,

    Respondents.

CIVIL-N-99-137-ECR(VPC)
Formerly CV-N-99-137-ECR(PHA)

APPLICATION FOR
CERTIFICATE OF APPEALABILITY

    COMES NOW, Petitioner JIMMIE DAVIS, in pro per, and respectfully moves this Honorable Court for the issuance of a certificate of appealability in the above-entitled case. This Application is made pursuant to the provisions of Rule 22(B), FRAP and 28 U.S.C. 2253(c).

    Petitioner recieved an order of the court on the third day of November, dated NOVEMBER 1, 1999 reassigning petitioners petition to another judge. Rule 22 (B) 1 states in part that If an applicant files a notice of appeal, the district judge who rendered the judgment must either issue a certificate of appealability or state why a certificate should not issue.

    Petitioner now submits this application for certificate of appealABILITY asking the court to issue the certificate. Petitioner hopes and prays that he has not been barred procedurally since the judge has been changed while waiting on his

29

1. decision since he will no Longer have the original judge
2. to issue said decision.
3. Respectfully submitted herewith all other
4. papers, pleadings and documents on file herein.

DATED this 4 day of November, 4 1999.

Respectfully Submitted

Jimmie Davis

Jimmie DAVIS 27362
P.O. BOX 607
CARSON CITY NEVADA
89702

Petitioner-IN Pro Per

CERTIFICATE OF SERVICE

THE undersigned hereby certify that A TRUE AND correct copy of THE FOREGOING APPLICATION FOR CERTIFICATE OF APPEALABILITY was deposited in the Legal mail system at the NEVADA STATE Prison on this 4 day of November 1999 For mailing to:

1030
OFFICE of the attorney general
555 E. WASHINGTON AVE, SUITE 3900
LAS VEGAS NEVADA 89101

ATTORNEY FOR RESPONDENTS

CLERK U.S. DISTRICT COURT
DISTRICT OF NEVADA
400 SOUTH VIRGINIA ST, ROOM 301
RENO, NEVADA 89501